IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| WALTON PLAZA PROPERTIES, LLC, and WALTON PLAZA INVESTORS, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> GH WALTON WAY, LLC, d/b/a Gold's Gym; GGWW LLC, d/b/a Gold's Gym Walton Way Extension; AUGUSTA FITNESS, LLC, d/b/a Gold's Gym Bobby Jones Expy.; GG EVANS, LLC, d/b/a Gold's Gym Evans; NORTH AUGUSTA FITNESS, LLC, d/b/a Gold's Gym North Augusta; SHAUN SMITH; and RICHARD SIMEONE, <br><br> Defendants. | CV 119-117 |

**O R D E R**

This case was removed to federal court on August 2, 2019, and Defendants GGWW LLC, Augusta Fitness, LLC, GG Evans, LLC, North Augusta Fitness, LLC, and Shaun Smith filed a motion to dismiss on August 9, 2019. (Doc. nos. 1, 4.) On September 6, 2019, Plaintiffs filed a motion to amend their complaint. (Doc. no. 10.) The deadline for the parties to confer as provided in Federal Rule of Civil Procedure 26(f) and then submit a joint 26(f) Report as set forth in the Court's prior Order has passed. (See doc. no. 2.) However, no Rule 26(f) Report has been filed. The pendency of the motion to dismiss and motion to amend before the presiding District Judge does not excuse the parties' obligation to confer pursuant to Federal Rule 26.

Accordingly, the Court **ORDERS** the parties to conduct a conference within fourteen days of the date of this Order and to file a joint 26(f) Report within seven days of the conference. The Court **DIRECTS** the **CLERK** to attach the standard "RULE 26(f) REPORT" to this Order.

SO ORDERED this 13th day of September, 2019, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA