IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| WALTON PLAZA PROPERTIES, LLC, and WALTON PLAZA INVESTORS, LLC,<br><br>　　Plaintiff,<br><br>　　v.<br><br>GH WALTON WAY, LLC d/b/a GOLD'S GYM; et al.,<br><br>　　Defendants. | Case No. 1:19-cv-00117-JRH-BKE |

**DEFENDANT SIMEONE'S RESPONSE TO
PLAINTIFFS' MOTION FOR LEAVE TO AMEND**

　　Having moved to dismiss Plaintiffs' claims for lack of personal jurisdiction and for Plaintiffs' failure to properly plead a claim upon which relief can be granted against him, Defendant Richard Simeone, without waiving his defenses, asks the Court to deny Plaintiffs' request for leave to amend their Complaint [Doc. 10] for the following reasons:

　　1.　　As shown in Defendant Simeone's Memorandum Of Law In Support Of his Motion To Dismiss, Plaintiffs' Complaint against Simeone is subject to dismissal due to Plaintiffs' failure to serve him within ninety days of removal as required by Fed. R. Civ. P. 4(m), Fed. R. Civ. P. 81(c)(1), Fed. R. Civ. P. 12(b)(2), (5).

2. Although the general policy under Fed. R. Civ. P. 15(a) is to freely give leave to amend when the facts and circumstances initially plead by plaintiff show a proper subject for relief, District Courts may deny leave to amend when such amendment would be futile. *Crawford's Auto Ctr., Inc. v. State Farm Mut. Auto. Ins. Co.*, No. 17-12583, 2019 WL 6974428, at *7 (11th Cir. Dec. 20, 2019)(citing *Foman v. Davis*, 371 U.S. 178, 182, 83 S. Ct. 227, 230, 9 L.Ed.2d 222 (1962); *Hall v. United Ins. Co. of Am.*, 367 F.3d 1255, 1262 (11th Cir. 2004). See also, *Burger King Corp. v. Weaver*, 169 F.3d 1310, 1319 (11th Cir. 1999)(Undue delay, bad faith or dilatory motive on the part of the movant… undue prejudice to the opposing party by virtue of allowance of the amendment" also justify denial of leave to amend).

3. Because the Amended Complaint will still be subject to dismissal due to the lack of personal jurisdiction, any amendment of the Complaint is futile. Therefore, the Court should deny the leave to amend.

4. Additionally, O.C.G.A. §14-11-303(a) still bars Plaintiffs' continued attempt to hold Defendant Simeone liable to Plaintiffs simply because he was a manager of GH Walton Way, LLC ("GH"). [Doc. 10-1, ¶8].

5. Plaintiffs still seek to hold Defendant Simeone liable for breach of contract even though he is not a party to the Lease. [Doc. 10-1, ¶9]. Defendant Simeone could not abandon the leased premises [Doc. 10-1, ¶32]; cease operating

a business [Doc. 10-1, ¶33]; fail to give notice [Doc. 10-1, ¶34]; or pay rent [Doc. 10-1, ¶35] because he was never in possession and had no personal obligations under the Lease.

6.  For the same reason, Plaintiffs' allegation that *Defendant Shaun Smith held himself out as agent* for the limited liability company that executed the Lease does not state a plausible basis to recover under a fraud claim against Defendant Simeone.  Georgia law requires a plaintiff alleging fraud to establish that defendant made a false representation, as well as to show "scienter, intention to induce the plaintiff to act or refrain from acting, justifiable reliance by plaintiff, and damage to plaintiff." *Chartis Ins. Co. of Canada v. Freeman,* No. CV 111-193, 2013 WL 12121864, at *7 (S.D. Ga. Mar. 18, 2013)(authorities omitted).  Plaintiffs still fail to meet this burden.

7.  None of the other proposed revised allegations refer to Defendant Simeone so Plaintiffs have either recognized they have no basis to impose liability under any remaining claim or they still do not meet the basic pleading requirements of Fed. R. Civ. P. 8 and Fed. R. Civ. P. 12(b)(6).

For all the above reasons, the Court should deny Plaintiff's leave to amend the Complaint.

Respectfully submitted this 6th day of January, 2020.

> **s/Ken Crowder, Esq**.
> Georgia Bar No. 123985
> Local Counsel for *Defendant*
> *Richard Simeone*
> Crowder Stewart LLP
> PO Box 160
> Augusta, GA 30903
> Telephone: (706) 434-8545
> Email: ken@crowderstewart.com
>
> **s/ J. Bertram Levy, Esq.**
> Georgia Bar No. 449609
> *(pro hac vice application to be filed)*
> *Attorneys for Defendant Richard Simeone*
> 2060 Mount Paran Road, NW
> FINE AND BLOCK
> Suite 106
> Atlanta, Georgia 30327
> Telephone (404) 261-6800
> Email: blevy@fineandblock.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record.

           **s/Ken Crowder, Esq**.
           Georgia Bar No. 123985
           Local Counsel for *Defendant*
           *Richard Simeone*
           Crowder Stewart LLP
           PO Box 160
           Augusta, GA 30903
           Telephone: (706) 434-8545
           Email: ken@crowderstewart.com

           **s/ J. Bertram Levy, Esq.**
           Georgia Bar No. 449609
           *(pro hac vice application to be filed)*
           *Attorneys for Defendant Richard Simeone*
           2060 Mount Paran Road, NW
           FINE AND BLOCK
           Suite 106
           Atlanta, Georgia 30327
           Telephone (404) 261-6800
           Email: blevy@fineandblock.com

4817-1113-8992, v. 2