IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| WALTON PLAZA PROPERTIES, LLC, and<br>WALTON PLAZA INVESTORS, LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>GH WALTON WAY, LLC, d/b/a Gold's Gym,<br>et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CV 119-117 |

_____

**O R D E R**
_____

The parties filed a Rule 26(f) Report, in which they reiterate the settlement posture of the case and request a stay of discovery as they finalize the settlement. (Doc. no. 31.) The parties further state settlement has been slowed by the current COVID-19 pandemic, and if no settlement is reached by June 15, 2020, Defendants will file a renewed motion to dismiss and motion to stay. (Id.) For good cause shown, the Court **GRANTS** the parties' request and **STAYS** all discovery in this action through June 15, 2020. (Id.) In the event settlement is not finalized, the parties shall inform the undersigned to that effect in a status report to be filed on or before June 15, 2020.

SO ORDERED this 30th day of April, 2020, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA