IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

WALTON PLAZA PROPERTIES, LLC     *
and WALTON PLAZA INVESTORS,      *
LLC,                             *
                                 *
        Plaintiffs,              *
                                 *
        v.                       *          CV 119-117
                                 *
GH WALTON WAY, LLC d/b/a         *
GOLD'S GYM; GGWW LLC d/b/a       *
GOLD'S GYM WALTON WAY            *
EXTENSION; AUGUSTA FITNESS,      *
LLC d/b/a GOLD'S GYM BOBBY       *
JONES EXPY.; GG EVANS, LLC       *
d/b/a GOLD'S GYM EVANS; NORTH    *
AUGUSTA FITNESS, LLC d/b/a       *
GOLD'S GYM NORTH AUGUSTA; and    *
SHAUN SMITH,                     *
                                 *
        Defendants.              *

## O R D E R

Before the Court is a combined notice of voluntary dismissal
and stipulation of dismissal. (Doc. 33.)  Plaintiffs filed the
notice prior to Defendant GH Walton Way, LLC having served either
an  answer  or  a  motion  for  summary  judgment.   Upon  due
consideration, the Court finds dismissal without prejudice proper
under Federal Rule of Civil Procedure 41(a)(1)(A)(i).  Plaintiff
and the remaining Defendants signed the stipulation; thus, the
Court finds dismissal with prejudice proper under Federal Rule of
Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that (1) this matter as against GH Walton Way, LLC is **DISMISSED WITHOUT PREJUDICE**; and (2) this matter as against GGWW LLC; Augusta Fitness, LLC; GG Evans, LLC; North Augusta Fitness, LLC; and Shaun Smith is **DISMISSED WITH PREJUDICE.** As no parties remain, the Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs and fees except as otherwise agreed by the Parties.

**ORDER ENTERED** at Augusta, Georgia, this _15th_ day of June, 2020.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA